| | |
|---|---|
| 1 | Jennifer Sun (State Bar No. 238942) |
| 2 | jennifersun@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612.4408<br>Telephone:  949.851.3939 |
| 5 | Facsimile:   949.553.7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAMS, an Individual; | Case No. 2:15-cv-08044 DMG (Ex) |
| Plaintiff, | Hon. Dolly M. Gee |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown and DOES 1-10, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robert Williams ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant"), that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party agrees to bear its own attorneys' fees and costs incurred herein.

Dated: April 21, 2016

LAW OFFICES OF ROBERT F. BRENNAN A P.C.

By: */s/ Robert F. Brennan*
Robert F. Brennan

Attorneys for Plaintiff
ROBERT WILLIAMS

Dated: April 21, 2016

JONES DAY

By: */s/ Jennifer Sun*
Jennifer Sun

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**Signature Certification**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

*/s/ Jennifer Sun*
Jennifer Sun

## CERTIFICATE OF SERVICE

I, Jennifer Sun, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On April 21, 2016, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Robert F. Brennan**
  rbrennan@brennanlaw.com
  scorral@brennanlaw.com
  sjones@brennanlaw.com
  rbichler@brennanlaw.com

- **Leonard L Gumport**
  lgumport@gumportlaw.com

Executed on April 21, 2016, at Irvine, California.

*/s/ Jennifer Sun*
Jennifer Sun