LEONARD L. GUMPORT (SBN 086935)
c/o GUMPORT | MASTAN
550 S. HOPE ST., STE. 1765
LOS ANGELES, CA 90071-2627
Tel: (213) 452-4901   Email: lgumport@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| ROBERT WILLIAMS, <br><br> Plaintiff(s) <br> v. | 2:15-cv-08044-DMG-E |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al. <br><br> Defendant(s). | **MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  ☑ A mediation was held on (date): 4/19/16 .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by Civil L.R. 16-15.5(b).
    ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on 4/19-21/2016 (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?
    N/A .

Dated: APRIL 21, 2016

_____
Signature of Mediator
LEONARD L. GUMPORT
Name of Mediator (print)

The Mediator is to electronically file original document.

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Gumport | Mastan, 550 South Hope Street, Suite 1765, Los Angeles, CA 90071-2627.

      On **April 21, 2016,** in the manner indicated below, the foregoing document described as: **MEDIATION REPORT** was served on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, with first class postage prepaid, addressed as follows:

\_\_\_ **(BY FIRST CLASS U.S. MAIL or OVERNIGHT MAIL)** I served the following person(s) and/or entity(ies) at the last known address(es) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

**_X_** **(BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF").** I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses on the list below:

**[SEE ATTACHED NEF LIST]**

\* \* \* \* \* \*

\_\_\_ (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**_X_**  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED On **April 21, 2016,** at Los Angeles, California.

_Kathleen Marosy_
KATHLEEN MAROSY

## SERVICE LIST
## ROBERT WILLIAMS v. EXPERION INFORMATION SOLUTIONS, INC.
### Case No. 2:15-CV-08044-DMG-Ex

**BY FIRST CLASS U.S. MAIL**

**UNITED STATES DISTRICT COURT**
The Honorable Dolly M. Gee
United States District Court, Central District
312 N. Spring Street, Courtroom 7
Los Angeles, CA 90012

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

**Robert F Brennan**
rbrennan@brennanlaw.com,scorral@brennanlaw.com,sjones@brennanlaw.com, rbichler@brennanlaw.com

**Leonard L Gumport**
lgumport@gumportlaw.com

**Jennifer Sun**
jennifersun@jonesday.com,ecfirvinenotifications@jonesday.com,dhansen@jonesday.com