JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAMS, an Individual;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV 15-8044 DMG (Ex)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [24]** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiff Robert Williams' claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: April 25, 2016

_____
UNITED STATES DISTRICT JUDGE